IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISNA CLARK**
**#208685**                                                                                                      **PLAINTIFF**

v.                                  Case No. 4:23-cv-00130-LPR

**CATHLEEN V. COMPTON,**
**Sixth Judicial Third Division Court,**
**Pulaski County**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 2nd day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).